UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Thomas Bradford Smith, | C/A No.: 5:18-3180-DCC |
| Plaintiff, | |
| v. | **ORDER** |
| Orangeburg Calhoun Regional Detention Center, Mrs. Dozier, Captain Govan, Lt. Murdaugh, Officer Green, Nurse Supervisor Shitana, QCHC Healthcare, Unknown Nurses, | |
| Defendants. | |

Plaintiff, while a pretrial detainee in a South Carolina county detention center, filed a *pro se* complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order filed December 17, 2018, Plaintiff was given an opportunity to provide necessary information and paperwork to bring this case into proper form for evaluation and possible service of process. (ECF No. 9.) However, the order was returned to the court as undeliverable mail and stamped "Inmate not in jail – or out of jail." (ECF No. 13.) Plaintiff has not provided the court with a new address at which he receives his mail and the record indicates no attempt by Plaintiff to contact the court since filing his complaint. Accordingly, the case is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

March 15, 2019
Spartanburg, South Carolina

**s/Donald C. Coggins, Jr.**
Donald C. Coggins, Jr.
United States District Judge

**The parties are directed to the important notice on the following page.**

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.