# UNITED STATES DISTRICT COURT
for the

### District of South Carolina

|  |  |  |  |
|---|---|---|---|
| Thomas Bradford Smith | | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 5:18-cv-3180-DCC |
| Orangeburg Calhoun Regional Detention Center, | ) | | |
| Administrator Mrs. Dozier, Captain Govan, Lt. | ) | | |
| Murdaugh, Officer Green, Nurse Supervisor Shitana, | ) | | |
| QCHC Healthcare, Unknown Nurses | ) | | |
| *Defendant* | | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The case is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   March 15, 2019                              *CLERK OF COURT*

s/Debbie Stokes

_____
*Signature of Clerk or Deputy Clerk*